7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Teddy Ray McGee
*Debtor*

*Bankruptcy Case No.*
15–50177–can7

**Bruce E. Strauss , Trustee**
  Plaintiff(s)

*Adversary Case No.*
15–05008–can

v.

**Dustie Warner**
  Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Plaintiffs Motion for Default Judgment is granted and judgment is awarded in the amount of $1,350.00 against Defendant Dustie Warner together with statutory interest from the date of this judgment.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 10/22/15

Court to serve